**[This decision has been published in *Ohio Official Reports* at 94 Ohio St.3d 38.]**

THE STATE EX REL. CHAPMAN, APPELLANT, *v*. THOMAS ET AL., APPELLEES.

[Cite as *State ex rel. Chapman v. Thomas*, 2002-Ohio-73.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 01-855—Submitted November 13, 2001—Decided January 9, 2002.)

APPEAL from the Court of Appeals for Franklin County, No. 00AP-651.

————————————

**{¶ 1}** The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.

————————————

*Stephen E. Mindzak Law Offices, L.L.C.*, and *Stephen E. Mindzak*, for appellant.

*Betty D. Montgomery,* Attorney General, and *Erica L. Bass*, Assistant Attorney General, for appellee Industrial Commission.

————————————